UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19 CR 607 CDP |
| | ) | |
| KENTON BURTON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on the Defendant's Motion to Dismiss the Indictment [26].

All pretrial motions were referred to United States Magistrate Shirley P. Mensah under 28 U.S.C. § 636(b). Judge Mensah considered the motion to dismiss based on the written submissions and oral argument. She then filed a Report and Recommendation on the motion and recommended that the motion to dismiss be denied. I agree that there is no basis to dismiss the indictment. No party has objected to the recommended disposition of the motion. As there are no objections to Judge Mensah's recommendations, I will adopt and sustain the thorough reasoning of Magistrate Judge Mensah and will deny the motion to dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [34] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss the Indictment [26] is **DENIED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2019.